IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| A.J. RABE, INC.,<br>*Plaintiff*,<br><br>v.<br><br>FARM SERVICE AGENCY,<br>UNITED STATES DEPARTMENT<br>OF AGRICULTURE, NATIONAL<br>APPEAL DIVISION,<br>*Defendants* | §<br>§<br>§<br>§   Case No. 6:18-CV-00116-ADA<br>§<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

In accordance with the Order Adopting Report and Recommendations of United States Magistrate Judge Jeffrey C. Manske [Dkt. 41], this Court enters its Judgment as follows:

**IT IS ORDERED** that the Defendant's Motion to Dismiss [Dkt. 35] is **GRANTED**, Plaintiff's claims are **DISMISSED**, and this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that all costs of court will be taxed against the party incurring the same.

**IT IS FURTHER ORDERED** that any relief not specifically granted in this Judgment is **DENIED**.

SIGNED on August 29, 2019.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE